YOUR NAME Stephen Novoblsky
YOUR ADDRESS 730 Brookstone RD, 104
YOUR TELEPHONE NUMBER
91913            619-271-2369

FILED

2009 JUN 17 AM 11: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ KMX _____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Stephen Novobilsk,

-v-

Marisela Sanchez
Todd Henderson Kathy hopper
J Sacaraball;

'09 CV 1310 W        AJB

Case No._____
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

Violations of Title 18, Section 1001 Defendant(s) Lied on a government document admitted as much during a government Hearing under oath, causind direct harm forward myself and Family defendant along with her two supervisors alloued the document to be presented as Fact, when they Knew it was False by Marisela Sanchez

ODMA\PCDOCS\WORDPERFECT\68691 May 26, 1999 (2 51pm)

testimony that she "made up" document with 4 False intentional Statements, punishable by 5 years each Statement under the code.

# County of San Diego

**CATHERINE TROUT LICHTERMAN**
Director

DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
3989 RUFFIN ROAD, SAN DIEGO, CALIFORNIA 92123-1815

TEL: (858) 694-4801
FAX: (858) 694-4871
Toll-free: 1-877-478-5478

April 22, 2009

**1311 - E4**

STEPHEN NOVOBILSKY
730 BROOKSTONE RD. #104
CHULA VISTA, CA 91913

Subj:  Annual Recertification Inspection

Dear Tenant,

The Housing Authority has scheduled your annual recertification inspection of your unit on:

**DATE:** MAY 19 2009    **BETWEEN:** *8:00 AM*    **AND:** *4:00 PM*

*TENANTS MUST NOW PRESENT A PHOTO I.D. AT THE INSPECTION FOR VIEWING BY THE HOUSING SPECIALIST.*

You will be required to make yourself available on the inspection date and time listed above.  Failure to allow annual inspections is grounds for termination of your rental assistance.

**APPOINTMENTS WILL ONLY BE RESCHEDULED IN THE CASE OF EMERGENCIES.**
Call the Inspection Unit between the hours of 9:00 a.m. and 3:00 p.m in order to be rescheduled for the next available date in your area.  For all other questions call your Housing Representative.

Please use this time to insure your unit will pass inspection. **Clean your unit and check all items on the inspection checklist for compliance with housing quality standards.**

**Any repairs are to be completed PRIOR to the scheduled inspection.**

Thank you

Inspection Unit

Phone Number:  (858) 694-8735

Case Housing Specialist: Marisela Sanchez

Phone Number: (858) 694-8791

September 2009

Do you require a specific accommodation to fully utilize the Agency's services?    Yes [  ]    No [  ]

**CATHERINE TROUT
LICHTERMAN**
Director

# County of San Diego

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**

3989 RUFFIN ROAD, SAN DIEGO, CALIFORNIA 92123-1815

TEL. (858) 694-4801
FAX: (858) 694-4871
TDD (858) 694-4884
Toll-free: 1-877-478-5478

February 3, 2009

**STEPHEN NOVOBILSKY
730 BROOKSTONE RD #104
CHULA VISTA, CA 91913**

DATE OF CHANGE:___ JANUARY 2009

DATE OF REPORT:___ JANUARY 20, 2009

CHANGE REPORTED:   Stephen is no longer employed with Sears, has started a new job with Pepboys, & will possibly be employed as a tax preparer.

You have met your reporting responsibility by advising the Housing Authority of a change in your income and/or family composition. The information that you have provided has been reviewed and a change in your portion of the rent is not required at this time.

**If you have future changes you must still notify the Housing Authority *in writing* within 14 days that the change occurs.**

If you have any questions please contact the housing representative below.

Thank you,

Housing Specialist: MARISELA SANCHEZ        Phone Number: (858) 694-8791

*Serving as the Housing Authority of the County of San Diego*

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS

FILED

2009 JUN 17 AM 11: 13

County of Residence of First Listed Defendant    San Dicso
(IN U.S. PLAINTIFF CASES ONLY) CALIFORNIA

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY_____ DEPUTY

Attorneys (If Known)

'09 CV 1310 W    AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☒ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 18, Section 1001 (28:1331 QO)
Brief description of cause:
Plaintiffs Knowingly Falsyfied Federal Document and admitted to

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE    DOCKET NUMBER

DATE    6/17/09    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____